Motion for leave to appeal dismissed upon the ground that appellant failed to appeal to the Appellate Division from the judgment of Supreme Court which aggrieved her (*see Matter of Frost v Blum*, 48 NY2d 1013 [1980]).

Judge JONES taking no part.

---

In the Matter of ROBERT MCKINNON, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted April 26, 2010; decided June 17, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

THOMAS E. O'BRIEN et al., Respondents, and J.P. MORGAN CHASE BANK, N.A., et al., Appellants, v TOWN OF HUNTINGTON et al., Respondents.

Submitted April 12, 2010; decided June 17, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

THOMAS E. O'BRIEN et al., Appellants, and J.P. MORGAN CHASE BANK, N.A., et al., Respondents, v TOWN OF HUNTINGTON et al., Respondents.

Submitted May 3, 2010; decided June 17, 2010

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

OVERSEAS PRIVATE INVESTMENT CORPORATION, Respondent, v NAM KOO KIM et al., Appellants.

Submitted April 19, 2010; decided June 17, 2010